Andrew M. Hutchison, SBN 029819
Loeb & Loeb LLP
Two Embarcadero Center, Suite 2510
San Francisco, CA 94111
Telephone: 415.903.3200
Facsimile: 415.903.3201
Email: ahutchison@loeb.com

Tim Warnock (*pro hac vice*)
twarnock@loeb.com
Keane Barger (*pro hac vice*)
kbarger@loeb.com
35 Music Square East, Suite 310
Nashville, TN 37203
Telephone: 615.749.8300
Facsimile: 615.749.8308
Email: twarnock@loeb.com
         kbarger@loeb.com

*Attorneys for Plaintiff/Counterdefendant,
Christian Copyright
Licensing International, LLC*

Scot L. Claus, SBN 014999
Holly M. Zoe, SBN 033333
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Telephone: 602.285.5000
Facsimile: 844.670.6009
Email: sclaus@dickinsonwright.com
         hzoe@dickinsonwright.com
         courtdocs@dickinsonwright.com

*Attorneys for Defendant/Counterclaimant
Multitracks.com, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

## PHOENIX DIVISION

| | |
|---|---|
| Christian Copyright Licensing International, LLC,<br><br>　　　　　Plaintiff/Counterdefendant,<br><br>　vs.<br><br>Multitracks.com LLC,<br><br>　　　　　Defendant/Counterclaimant. | Case No. 2:23-cv-00368-DWL<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER** |

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

237880985.7
241165-10001

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above captioned action, pursuant to Federal Rule of Civil Procedure 26(c) and the Court's Preliminary Order (Doc. 8), that the Parties request the Court to issue its standard protective order to facilitate document production and disclosure, and to protect the respective interests of the parties in their confidential information.

Dated: December 20, 2023             LOEB & LOEB LLP

By: /s/ Andrew M. Hutchison
    Andrew M. Hutchison
    Tim Warnock
    Keane Barger

*Attorneys for Plaintiff/Counterdefendant, Christian Copyright Licensing International, LLC*

DICKINSON WRIGHT PLLC

By: /s/ Scot L. Claus
    Scot L. Claus
    Holly M. Zoe

*Attorneys for Defendant/Counterclaimant Multitracks.com, LLC*