Andrew M. Hutchison, SBN 029819
Loeb & Loeb LLP
Two Embarcadero Center, Suite 2510
San Francisco, CA 94111
Telephone: 415.903.3200
Facsimile: 415.903.3201
Email: ahutchison@loeb.com

Tim Warnock (*pro hac vice*)
twarnock@loeb.com
Keane Barger (*pro hac vice*)
kbarger@loeb.com
35 Music Square East, Suite 310
Nashville, TN 37203
Telephone: 615.749.8300
Facsimile: 615.749.8308
Email: twarnock@loeb.com
         kbarger@loeb.com

*Attorneys for Plaintiff/Counterdefendant, Christian Copyright Licensing International, LLC*

Scot L. Claus, SBN 014999
Holly M. Zoe, SBN 033333
Dickinson Wright PLLC
1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
Telephone: 602.285.5000
Facsimile: 844.670.6009
Email: sclaus@dickinsonwright.com
         hzoe@dickinsonwright.com
         courtdocs@dickinsonwright.com

*Attorneys for Defendant/Counterclaimant Multitracks.com, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| Christian Copyright Licensing International, LLC, <br><br> Plaintiff/Counterdefendant, <br><br> vs. <br><br> Multitracks.com LLC, <br><br> Defendant/Counterclaimant. | Case No. 2:23-cv-00368-DWL <br><br> **STIPULATION FOR EXTENSION OF TIME TO ENGAGE IN GOOD FAITH SETTLEMENT TALKS** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

237880985.7
241165-10001

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above captioned action, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and the Court's Preliminary Order (Doc. 8), that the Parties request the Court to extend the deadline to engage in good faith settlement talks from March 8, 2024, to **April 26, 2024**. (*See* Doc. 22 ¶ 11.) The parties further request that the Court authorize the parties and their counsel to meet and engage in good faith settlement talks via remote video means (e.g., Zoom).

The parties submit that good cause justifies the requested extension of time. The parties completed fact discovery, including depositions on March 1, 2024, in accordance with the Court's Case Management Order. The parties believe that settlement discussions will be more productive once the parties and their counsel have had a more fulsome opportunity to review the pertinent documents exchanged during discovery, the deposition transcripts, and expert disclosures (if any) made in the coming weeks. The parties are also discussing whether to retain a third-party neutral to assist with settlement discussions, and additional time would be needed to schedule a mediation with a neutral.

The parties further request permission to engage in good faith settlement talks via remote video means, rather than in person, because the parties and their counsel in this case are geographically dispersed across Arizona, California, Texas, Tennessee, and Washington. The parties conducted depositions in this case via Zoom by agreement and are confident that, based on that track record, they can effectively engage in good faith settlement discussions via Zoom.

Accordingly, the parties stipulate and agree (1) to extend the deadline to engage in good faith settlement talks to April 26, 2024 (2) by remote video means.

**Loeb & Loeb**
A Limited Liability Partnership
Including Professional
Corporations

237880985.7
241165-10001

1

Dated: March 8, 2024        Loeb & Loeb LLP

By: /s/ Andrew M. Hutchison
    Andrew M. Hutchison
    Tim Warnock
    Keane Barger

*Attorneys for Plaintiff/Counterdefendant, Christian Copyright Licensing International, LLC*

By: /s/ Scot L. Claus

    Scot L. Claus
    Holly M. Zoe

*Attorneys for Defendant/Counterclaimant Multitracks.com, LLC*