Andrew M. Hutchison, SBN 029819
Loeb & Loeb LLP
Two Embarcadero Center, Suite 2510
San Francisco, CA 94111
Telephone: 415.903.3200
Facsimile: 415.903.3201
Email: ahutchison@loeb.com

Tim Warnock (*pro hac vice*)
twarnock@loeb.com
Keane Barger (*pro hac vice*)
kbarger@loeb.com
35 Music Square East, Suite 310
Nashville, TN 37203
Telephone: 615.749.8300
Facsimile: 615.749.8308
Email: twarnock@loeb.com
        kbarger@loeb.com

*Attorneys for Plaintiff,*
*Christian Copyright*
*Licensing International, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christian Copyright Licensing International, LLC, *Plaintiff/Counterdefendant*, vs. Multitracks.com, LLC, *Defendant/Counterclaimant.* | Case No. 2:23-cv-00368-DWL **PLAINTIFF'S OBJECTIONS TO DEFENDANT'S FIRST SUPPLEMENTAL PRELIMINARY PRETRIAL DISCLOSURE** |

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

238856685.1
241165-10001

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), Plaintiff Christian Copyright Licensing International, LLC ("CCL") objects to the following documentary evidence identified in Multitracks.com, LLC's ("MTC") First Supplemental Preliminary Pretrial Disclosure served on April 8, 2024.

| | | |
|---|---|---|
| 1. | All filings and exhibits filed, lodged, or served in the uniform domain name dispute resolution action before Forum having file number FA2211002020063. (Bate Stamped MT000001-MT000230) | Untimely for failure to comply with Case Management Order; for Defendant's filings only, relevance, hearsay, authenticity, Rule 403 |
| 2. | USPTO filings for the MULTITRACKS.COM trademark Application Serial No. 87659447 | Untimely for failure to comply with Case Management Order; relevance, hearsay, authenticity, Rule 403 |
| 3. | Accounting documents reflecting amounts expended on marketing using Multitracks.com trademark from 2013 to present. (MT00596-602) | Untimely for failure to comply with Case Management Order; hearsay, foundation, Rule 1006 |
| 4. | YouTube videos from artist endorsements (available at https://www.multitracks.com/sessions/) | Untimely for failure to comply with Case Management Order; relevance |
| 5. | Consumer Communications stamped MT00325-00497 (produced as Confidential—Counsel's Eyes Only) | Untimely for failure to comply with Case Management Order; relevance, hearsay, authenticity, Rule 403 |
| 6. | Consumer Group Facebook Messages stamped MT000498-000595 (produced as Confidential—Counsel's Eyes Only) | Untimely for failure to comply with Case Management Order; relevance, hearsay, authenticity, Rule 403 |
| 7. | Ross MuliTracks.com receipt—Ross Deposition Ex. 17 | Untimely for failure to comply with Case Management Order; relevance |
| 8. | Go Daddy Who is information—Ross Deposition Ex. 19 | Untimely for failure to comply with Case Management Order |
| 9. | Resource Websites—Ross Deposition Ex. 22 | Untimely for failure to comply with Case Management Order; relevance, hearsay, authenticity |
| 10. | USPTO Official Gazette Notice of Allowance | Relevance; Rule 403; Rule 1005 |
| 11. | CCLI Extension of Time to Oppose | Relevance; Rule 403; Rule 1005 |
| 12. | Cunningham Expert Report | Rule 702; Rule 703; Relevance; Rule 403; Hearsay |

Loeb & Loeb
A Limited Liability Partnership Including Professional Corporations

| 13. | Any document identified by Plaintiff | No objection. |
|---|---|---|
| 14. | Any expert report and supporting data | All objections reserved, given that Defendant has not yet disclosed any expert reports or supporting data. |

Dated: May 10, 2024

Loeb & Loeb LLP

By: /s/ Andrew M. Hutchison
Andrew M. Hutchison
Tim Warnock
Keane Barger

*Attorneys for Plaintiff*
*Christian Copyright*
*Licensing International, LLC*

Loeb & Loeb
A Limited Liability Partnership
Including Professional
Corporations

238856685.1
241165-10001

2