Scot L. Claus (#014999)
sclaus@dwlaw.com
Alexandra Crandall (#034838)
acrandall@dwlaw.com
Allison L. Sluga (#039647)
asluga@dwlaw.com
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona 85004-4568
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
Firm Email: courtdocs@dwlaw.com
***Attorneys for Defendant MultiTracks.com, LLC***

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Christian Copyright Licensing International, LLC,

Plaintiff,

v.

Multitracks.com, LLC,

Defendant.

Case No.: 2:23-cv-00368-DWL

**NOTICE OF SETTLEMENT**

Pursuant to Paragraph 7 of this Court's Order (Doc. 87), undersigned notifies the Court that the parties have reached a settlement subject to final documentation in a settlement agreement.

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

RESPECTFULLY SUBMITTED this 18th day of September 2026.

**DICKINSON WRIGHT, PLLC**

By: */s/ Scot L. Claus*

Scot L. Claus
Alexandra Crandall
Allison L. Sluga
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2026, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

By: */s/Melissa Wilson*